UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacqueline Hansen<br>individually and on behalf of all others similarly situated<br><br>         Plaintiff,<br><br>-against-<br><br>Firstsource Advantage, LLC<br><br>         Defendant. | Case No.<br>10-CV- 3903 Class Action |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to the named Plaintiff and without prejudice to the putative class members and without costs to either party.


S/ JOSEPH MAURO        4-7-2011
Joseph M. Mauro         Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff


S/ JEFFREY J. IMERI        4-7-2011
**Jeffrey J. Imeri**         Date
Marshall Dennehey Warner Coleman & Goggin
140 Broadway
19th Floor
New York, NY 10005