UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacqueline Hansen individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>-against-<br><br>Firstsource Advantage, LLC<br><br>Defendant. | Case No.<br>10-CV- 3903 Class Action<br><br>**FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y<br><br>★ MAR 1 2 2011 ★<br><br>LONG ISLAND OFFICE |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to the named Plaintiff and without prejudice to the putative class members and without costs to either party.

S/ JOSEPH MAURO  
Joseph M. Mauro  
306 McCall Ave.  
West Islip, NY 11795  
Attorney for Plaintiff

4-7-2011  
Date

So Ordered. Case closed.

S/ JEFFREY J. IMERI  
Jeffrey J. Imeri  
Marshall Dennehey Warner Coleman & Goggin  
140 Broadway  
19th Floor  
New York, NY 10005

4-7-2011  
Date

Arthur D. Spatt, U.S.D.J.  
4/12/11